

Contact Us    My Account

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**ERICA WHITE VS HUMANA INC**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2022-021292-CA-01 | **Filing Date:** | 11/07/2022 |
| **State Case Number:** | 132022CA021292000001 | **Judicial Section:** | CA13 |
| **Consolidated Case No.:** | N/A | **Case Type:** | Insurance Claim |
| **Case Status:** | OPEN | | |

## 👥 Parties                                                         Total Of Parties: 2  ➖

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | White, Erica | B#: (Bar Number)98928<br>N: (Attorney Name)Desir Jr., Leonard, ESQ | |
| Defendant | Humana Inc | | |

## ⚖ Hearing Details                                                 Total Of Hearings: 0  ➕

## 📡 Dockets                                                         Total Of Dockets: 9  ➖

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 9 | 12/12/2022 | | Agreed Order | Event | **ON EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| 📄 | 8 | 11/30/2022 | | Service Returned | Event | |
| | 7 | 11/09/2022 | | Receipt: | Event | **RECEIPT#:3100125 AMT PAID:$10.00 NAME:DESIR JR., LEONARD, ESQ THE DESIR LAW FIRM PA 500 E BROWARD BLVD SUITE 171 FT LAUDERDALE FL 33394 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:11/09/2022 REGISTER#:310 CASHIER:EFILINGUSER** |
| | | 11/08/2022 | | 20 Day Summons Issued | Service | |
| 📄 | 6 | 11/08/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 5.**<br>Parties: Humana Inc |



| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 4 | 11/08/2022 | | Receipt: | Event | RECEIPT#:3180238 AMT PAID:$401.00 NAME:DESIR JR., LEONARD, ESQ THE DESIR LAW FIRM PA 500 E BROWARD BLVD SUITE 171 FT LAUDERDALE FL 33394 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:11/08/2022 REGISTER#:318 CASHIER:EFILINGUSER |
| 5 | 11/07/2022 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 2 | 11/07/2022 | | Complaint | Event | |
| 1 | 11/07/2022 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us





# HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2022 Clerk of the Courts. All rights reserved.



