IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ERICA WHITE,

        Plaintiff,                              Case No. _____

v.

HUMANA INC.,

        Defendant.

_____/

## **DECLARATION OF ANDREA HARVEL**

I, Andrea Harvel, declare as follows:

    1.    My name is Andrea Harvel. I am over 18 years of age and I have personal knowledge of the facts contained in this Declaration and have reviewed the complaint in this action, the plan attached to the complaint and the records relevant to this Declaration as set forth herein.

    2.    I am the Commercial Resolution Director, Grievance & Appeal Operations, at Humana Insurance Company.

    3.    During the relevant time period of September, 2021, Plaintiff Erica White was a member of an employer group plan sponsored by White, White & Associates ("Employer"), and administered by Humana Medical Plan, Inc.

    4.    I have reviewed the Certificate of Coverage attached as Exhibit A to the Complaint. The Certificate contains the federal notices that Humana Medical Plan, Inc. includes with plans governed by the Employee Retirement Income Security Act.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my information and belief.

Executed on this 12th day of December, 2022, in Louisville, Kentucky.

_____
Andrea Harvel